plaintiff in error. *Mr. A. A. McLaughlin, Mr. Francis A. Brogan, Mr. Alfred G. Ellick, Mr. Anon Raymond, Mr. Bruce Scott* and *Mr. Byron Clark* for defendants in error. [See *ante,* 731; and 260 U. S. 742.]

---

No. 967. A. J. HILLEGASS ET AL. *v.* BERTHA ROHM, ADMINISTRATRIX, ETC. June 11, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. A. J. Hillegass* and *Mr. Jo V. Morgan* for petitioners. No appearance for respondent.

---

No. 1066. SIMON A. MILLER *v.* UNITED STATES. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Joseph H. Stewart* for petitioner. No brief filed for the United States.

---

No. 1067. NATIONAL SURETY COMPANY *v.* EDWARD H. CHILDS, TRUSTEE IN BANKRUPTCY OF J. MENIST COMPANY, INC. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. William J. Griffin, Mr. George Pfeil* and *Mr. Frank M. White* for petitioner. *Mr. Moses Cohen* for respondent.

---

No. 1069. WILLIAM B. MOSES *v.* LALIME & PARTRIDGE, INC., ET AL. June 11, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Frederic P. Warfield* for petitioner. *Mr. Marcus B. May* for respondents.

---

No. 1078. SUNRISE PICTURES CORPORATION *v.* ISAAC SILVERMAN. June 11, 1923. Petition for a writ of cer-